Tanya M. Taylor (SBN 312881)
taylortm@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Attorneys for Defendant
LENDINGCLUB CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHERY BURRELL,<br><br>    Plaintiff,<br><br>v.<br><br>LENDING CLUB CORPORATION, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No. 2:18-cv-01772-JAM-EFB<br><br>*[Assigned to the Hon. John A. Mendez]*<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Current Response Date: August 3, 2018<br><br>New Response Date: August 24, 2018 |

---

STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME TO REPSOND
TO INITIAL COMPLAINT

**STIPULATION**

WHEREAS, on June 29, 2018, plaintiff Zachery Burrell ("Plaintiff") served the Complaint on defendant LendingClub Corporation ("LendingClub");

WHEREAS, the original deadline for LendingClub to respond to the Complaint was July 20, 2018;

WHEREAS, Plaintiff and LendingClub agreed, pursuant to Local Rule 144(a), to extend the time for LendingClub to respond to the Complaint by fourteen (14) days, to August 3, 2018; and

WHEREAS, the parties are attempting to resolve the matter and wish to extend the deadline an additional three (3) weeks, to and including August 24, 2018.

\\\

\\\

STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME TO REPSOND TO INITIAL COMPLAINT

| | |
|---|---|
| 1 | **ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED**, by and between LendingClub and Plaintiff, through their respective counsel of record, that LendingClub's time to answer or otherwise respond to the Complaint is extended by three (3) weeks, to and including August 24, 2018. |

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED**, by and between LendingClub and Plaintiff, through their respective counsel of record, that LendingClub's time to answer or otherwise respond to the Complaint is extended by three (3) weeks, to and including August 24, 2018.

**IT IS SO STIPULATED.**

DATED: August 2, 2018

Gemma L. Mondala, Esq.
REZNIK LAW OFFICE, P.C.

*/s/ Gemma L. Mondala*
Gemma L. Mondala

Attorneys for Plaintiff Zachery Burrell

DATED: August 2, 2018

Tanya M. Taylor, Esq.
BALLARD SPAHR LLP

*/s/ Tanya M. Taylor*
Tanya M. Taylor

Attorneys for Defendant LendingClub Corporation

## **ORDER**

**IT IS SO ORDERED.**

DATED: 8/2/2018

/s/ John A. Mendez
Hon. John A. Mendez
U. S. District Court Judge

STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME TO REPSOND TO INITIAL COMPLAINT