UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ZACHERY BURRELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LENDING CLUB CORPORATION and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant(s). | Case No. 2:18-cv-01772-JAM-EFB<br><br>Hon. John A. Mendez<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint filed: June 20, 2018 |

Having considered Plaintiff Zachery Burrell and Defendant Experian Information Solutions, Inc.'s ("Experian") Stipulation for Dismissal with Prejudice, and good cause appearing, **IT IS ORDERED** that the Stipulation is **GRANTED.**

Experian is hereby dismissed with prejudice and each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: 5/3/2019　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　Honorable John A. Mendez
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

NAI-1507346037v1

[PROPOSED] ORDER
Case No. 2:18-cv-01772-JAM-EFB