Sylvanna Uyen Le, Esq. #325779
LAW OFFICES OF ROBERT S. GITMEID & ASSOC., PLLC
11 Broadway, Suite 960
New York, NY 10004
Tel: (212) 226-5081
Fax: (212) 208-2591
Email: Sylvanna.L@gitmeidlaw.com
*Attorney for Plaintiff Zachery Burrell*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zachery Burrell, <br><br> Plaintiff, <br><br> vs. <br><br> Lending Club Corporation and Experian Information Solutions, Inc. <br><br> Defendant(s). | **Case No**. 2:18-cv-01772-JAM-EFB <br><br> Honorable John A. Mendez <br><br> **ORDER GRANTING STIPULATOIN OF DISMISSAL WITH PREJUDICE** |

Plaintiff Zachery Burrell and Defendant Lending Club Corporation ("Lending Club") have announced to the Court that all matters in controversy between them have been resolved. Having considered the Stipulation, the Court makes the following ruling:

**IT IS ORDERED** that the claims and causes of actions asserted herein by the Plaintiff Zachery Burrell against Lending Club are in all respects dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED: November 5, 2019          /s/ John A. Mendez

                                                     Honorable John A. Mendez
                                                     United States District Court Judge